# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: SANDOVAL, JULIA | § | Case No. 11-07614 |
| SANDOVAL, PEDRO | § | |
| SANDOVAL, JULIA M. | § | |
| Debtor(s) SANDOVAL, PEDRO P. | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/16/2011          By: /s/ Michael G. Berland
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: SANDOVAL, JULIA | § | Case No. 11-07614 |
| SANDOVAL, PEDRO | § | |
| SANDOVAL, JULIA M. | § | |
| Debtor(s) SANDOVAL, PEDRO P. | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,857.11 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,857.11 |
| **Balance on hand:** | $ 4,857.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,857.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,214.28 | 0.00 | 1,214.28 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,214.28 |
| Remaining balance: | $ 3,642.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,642.83 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,642.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,500.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | 3,871.09 | 0.00 | 273.83 |
| 2 | Midland Credit Management, Inc. | 6,808.24 | 0.00 | 481.58 |
| 3 | Midland Credit Management, Inc. | 662.48 | 0.00 | 46.86 |
| 4 | American InfoSource LP as agent for Target | 2,815.79 | 0.00 | 199.17 |
| 5 | State Farm Bank,c/o Becket & Leee LLP | 17,843.40 | 0.00 | 1,262.13 |
| 6 | Capital One,N.A,c/o Creditors Bankruptcy Service | 1,846.56 | 0.00 | 130.61 |
| 7 | Chase Bank USA, N.A. | 4,058.66 | 0.00 | 287.08 |
| 8 | American Express Bank, FSB,c/o Becket & Lee LLP | 6,725.12 | 0.00 | 475.69 |
| 9 | GE Money Bank | 4,913.69 | 0.00 | 347.56 |
| 10 | World Financial Network National Bank, Quantum 3 Group LLC | 426.67 | 0.00 | 30.18 |
| 11 | World Financial Network National Bank, quantum 3 Group LLC | 1,528.85 | 0.00 | 108.14 |

Total to be paid for timely general unsecured claims: $ 3,642.83
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                       Case No. 11-07614-BWB
Julia Sandoval                                               Chapter 7
Pedro Sandoval
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1         User: choward               Page 1 of 2                  Date Rcvd: Aug 17, 2011
                             Form ID: pdf006             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2011.
db/jdb        +Julia Sandoval,    Pedro Sandoval,    13861 Doral Lane,    Homer Glen, IL 60491-5919
aty           +John A Rottier,    Katz Law Office,    4105 W. 26th St,    Chicago, IL 60623-4313
tr            +Michael G Berland,    1 N LaSalle St,    No.1775,   Chicago, IL 60602-4065
16871085      +Ally Financial,    P.O. Box 380901,    Minneapolis, MN 55438-0901
16871086      +American Express,    P O Box  981537,    El Paso, TX 79998-1537
17326132       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16871087       Blatt, Hasenmiller, Leibsker & Moor,    125 South Wacker Drive, Suite 400,
                Chicago, IL 60606-4440
16871088       CAB Services, Inc.,    90 Barney Dr,    Joliet, IL 60435-6402
16871089      +CBUSA/Sears,   701 E. 60th St. North,    Sioux Falls, SD 57104-0432
16871090       CCS,   Payment Processing Center-27,    P.O. Box 55126,    Boston, MA 02205-5126
17270091      +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17288514       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16871091      +Chase Home Finance, LLC,    Mail Code: OH4-7142,    3415 Vision Drive,    Columbus, OH 43219-6009
16871092      +Chase/Bank one Card Services,    P O Box 15298,    Wilmington, DE 19850-5298
16871093       GEMB/Sam's Club Duel Card,    P.O. Box 965005,    Orlando, FL 32896-5005
16871096      +Progressive Financial Services, Inc,    P.O. Box 22083,    Tempe, AZ 85285-2083
16871097       Redline Recovery Services, LLC,    11675 Rainwater Dr., Suite 350,    Alpharetta, GA 30009-8693
17264787       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16871098       State Farm Bank,    P.O. Box 2316,    Bloomington, IL 61702-2316
16871099       TNB-Visa,    P.O. Box 673,    Minneapolis, MN 55440-0673
16871100       WFNNB/Fashion Bug,    P.O. Box 182789,    Columbus, OH 43218-2789
16871101       WFNNB/Harlem,    P.O. Box 182789,    Columbus, OH 43218-2789
16871102      +WFNNB/Lane Bryant,    P.O. Box 182789,    Columbus, OH 43218-2789
16871103       World Financial Network National,    P.O. Box 182273,    Columbus, OH 43218-2273
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17247462       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2011 02:51:48
                American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
17220795       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2011 02:51:48
                American InfoSource LP as agent for WFNNB,    as assignee of,    Harlem Furniture,   PO Box 248872,
                Oklahoma City, OK  73124-8872
16871090       E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 18 2011 00:42:34       CCS,
                Payment Processing Center-27,    P.O. Box 55126,    Boston, MA 02205-5126
17526028       E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:54:03      GE Money Bank,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16871094      +E-mail/PDF: cr-bankruptcy@kohls.com Aug 18 2011 02:34:19      Kohls/Chase,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
17235209      +E-mail/Text: brenden.magnino@mcmcg.com Aug 18 2011 00:41:55      Midland Credit Management, Inc.,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
16871095      +E-mail/Text: brenden.magnino@mcmcg.com Aug 18 2011 00:41:55      Midland Credit Manangement,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
17536668       E-mail/Text: bnc-alliance@quantum3group.com Aug 18 2011 00:45:05
                World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: choward              Page 2 of 2              Date Rcvd: Aug 17, 2011
                              Form ID: pdf006            Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**          **Signature:**    *Joseph Speetjens*