**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SANDOVAL, JULIA | § | Case No. 11-07614 |
| SANDOVAL, PEDRO | § | |
| SANDOVAL, JULIA M. | § | |
| Debtor(s) SANDOVAL, PEDRO P. | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $300,800.00         Assets Exempt: $379,303.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,642.90      Claims Discharged
                                                 Without Payment: $88,881.88

Total Expenses of Administration: $1,214.28

---

3) Total gross receipts of $ 4,857.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,857.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $380,287.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,214.28 | 1,214.28 | 1,214.28 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 46,167.23 | 51,500.55 | 51,500.55 | 3,642.90 |
| **TOTAL DISBURSEMENTS** | $426,454.23 | $52,714.83 | $52,714.83 | $4,857.18 |

    4) This case was originally filed under Chapter 7 on February 25, 2011. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2011     By: /s/MICHAEL G. BERLAND
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

Case 11-07614   Doc 33   Filed 12/06/11   Entered 12/06/11 08:03:23   Desc Main
                         Document      Page 3 of 9

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund unscheduled | 1224-000 | 4,857.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$4,857.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance, LLC | 4110-000 | 365,703.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 14,584.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$380,287.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,214.28 | 1,214.28 | 1,214.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,214.28 | 1,214.28 | 1,214.28 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | 7100-000 | N/A | 3,871.09 | 3,871.09 | 273.82 |
| 2 | Midland Credit Management, Inc. | 7100-000 | N/A | 6,808.24 | 6,808.24 | 481.58 |
| 3 | Midland Credit Management, Inc. | 7100-000 | 659.00 | 662.48 | 662.48 | 46.86 |
| 4 | American InfoSource LP as agent for Target | 7100-000 | N/A | 2,815.79 | 2,815.79 | 199.18 |
| 5 | State Farm Bank,c/o Becket & Leee LLP | 7100-000 | N/A | 17,843.40 | 17,843.40 | 1,262.16 |
| 6 | Capital One,N.A,c/o Creditors Bankruptcy Service | 7100-000 | N/A | 1,846.56 | 1,846.56 | 130.62 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 4,058.00 | 4,058.66 | 4,058.66 | 287.09 |
| 8 | American Express Bank, FSB,c/o Becket & Lee LLP | 7100-000 | N/A | 6,725.12 | 6,725.12 | 475.70 |
| 9 | GE Money Bank | 7100-000 | N/A | 4,913.69 | 4,913.69 | 347.57 |
| 10 | World Financial Network National Bank, Quantum 3 | 7100-000 | 426.00 | 426.67 | 426.67 | 30.18 |
| 11 | World Financial Network National Bank, quantum 3 | 7100-000 | N/A | 1,528.85 | 1,528.85 | 108.14 |
| NOTFILED | CAB Services, Inc. | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Manangement | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | 17,488.65 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Financial Services, Inc | 7100-000 | 1,475.25 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | 2,815.79 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Redline Recovery Services, LLC | 7100-000 | 6,725.12 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/Fashion Bug | 7100-000 | 1,528.00 | N/A | N/A | 0.00 |
| NOTFILED | World Financial Network National | 7100-000 | 3,789.83 | N/A | N/A | 0.00 |
| NOTFILED | TNB-Visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | 6,551.59 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 46,167.23 | 51,500.55 | 51,500.55 | 3,642.90 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-07614  
**Case Name:** SANDOVAL, JULIA  
SANDOVAL, PEDRO  
**Period Ending:** 11/04/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 02/25/11 (f)  
**§341(a) Meeting Date:** 03/28/11  
**Claims Bar Date:** 07/28/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Tax refund unscheduled (u) | 0.00 | 3,057.00 | | 4,857.00 | FA |
| 2 | 13861 Doral, Homer Glen,Il-scheduled | 279,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking acct-National City-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2004 Chevrolet Avalance-scheduled | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2007 Chevrolet Silverado-scheduled | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Computer and fax-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.18 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | $300,800.00 | $3,057.00 | | $4,857.18 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee discovered an unscheduled tax refund.

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** December 31, 2011

Printed: 11/04/2011 03:04 PM    V.12.57

Case 11-07614    Doc 33    Filed 12/06/11    Entered 12/06/11 08:03:23    Desc Main
Document      Page 7 of 9

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-07614  
**Case Name:** SANDOVAL, JULIA  
SANDOVAL, PEDRO  
**Taxpayer ID #:** **-***6407  
**Period Ending:** 11/04/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/11 | {1} | Julia Sandoval | Payment of unscheduled tax refund | 1224-000 | 4,857.00 | | 4,857.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,857.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,857.07 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,857.11 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,857.15 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,857.18 |
| 10/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 4,857.18 |
| 10/05/11 | | To Account #9200******5766 | Transfer for purpose of final distribution | 9999-000 | | 4,857.18 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,857.18 | 4,857.18 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,857.18 | |
| **Subtotal** | 4,857.18 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,857.18** | **$0.00** | |

{} Asset reference(s)      Printed: 11/04/2011 03:04 PM    V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-07614 | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** SANDOVAL, JULIA | **Bank Name:** The Bank of New York Mellon |
| SANDOVAL, PEDRO | **Account:** 9200-******57-66 - Checking Account |
| **Taxpayer ID #:** **-***6407 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/04/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/05/11 | | From Account #9200******5765 | Transfer for purpose of final distribution | 9999-000 | 4,857.18 | | 4,857.18 |
| 10/06/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,214.28, Trustee Compensation; Reference: | 2100-000 | | 1,214.28 | 3,642.90 |
| 10/06/11 | 102 | American InfoSource LP as agent for WFNNB | Dividend paid 7.07% on $3,871.09; Claim# 1; Filed: $3,871.09; Reference: | 7100-000 | | 273.82 | 3,369.08 |
| 10/06/11 | 103 | Midland Credit Management, Inc. | Dividend paid 7.07% on $6,808.24; Claim# 2; Filed: $6,808.24; Reference: | 7100-000 | | 481.58 | 2,887.50 |
| 10/06/11 | 104 | Midland Credit Management, Inc. | Dividend paid 7.07% on $662.48; Claim# 3; Filed: $662.48; Reference: | 7100-000 | | 46.86 | 2,840.64 |
| 10/06/11 | 105 | American InfoSource LP as agent for Target | Dividend paid 7.07% on $2,815.79; Claim# 4; Filed: $2,815.79; Reference: | 7100-000 | | 199.18 | 2,641.46 |
| 10/06/11 | 106 | State Farm Bank,c/o Becket & Leee LLP | Dividend paid 7.07% on $17,843.40; Claim# 5; Filed: $17,843.40; Reference: | 7100-000 | | 1,262.16 | 1,379.30 |
| 10/06/11 | 107 | Capital One,N.A,c/o Creditors Bankruptcy Service | Dividend paid 7.07% on $1,846.56; Claim# 6; Filed: $1,846.56; Reference: | 7100-000 | | 130.62 | 1,248.68 |
| 10/06/11 | 108 | Chase Bank USA, N.A. | Dividend paid 7.07% on $4,058.66; Claim# 7; Filed: $4,058.66; Reference: | 7100-000 | | 287.09 | 961.59 |
| 10/06/11 | 109 | American Express Bank, FSB,c/o Becket & Lee LLP | Dividend paid 7.07% on $6,725.12; Claim# 8; Filed: $6,725.12; Reference: | 7100-000 | | 475.70 | 485.89 |
| 10/06/11 | 110 | GE Money Bank | Dividend paid 7.07% on $4,913.69; Claim# 9; Filed: $4,913.69; Reference: | 7100-000 | | 347.57 | 138.32 |
| 10/06/11 | 111 | World Financial Network National Bank, Quantum 3 Group LLC | Dividend paid 7.07% on $426.67; Claim# 10; Filed: $426.67; Reference: | 7100-000 | | 30.18 | 108.14 |
| 10/06/11 | 112 | World Financial Network National Bank, quantum 3 Group LLC | Dividend paid 7.07% on $1,528.85; Claim# 11; Filed: $1,528.85; Reference: | 7100-000 | | 108.14 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 4,857.18 | 4,857.18 | $0.00 |
| Less: Bank Transfers | 4,857.18 | 0.00 | |
| **Subtotal** | 0.00 | 4,857.18 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,857.18** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　Printed: 11/04/2011 03:04 PM　　V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-07614  
**Case Name:** SANDOVAL, JULIA  
SANDOVAL, PEDRO  
**Taxpayer ID #:** **-***6407  
**Period Ending:** 11/04/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 4,857.18  
———————  
Net Estate : $4,857.18

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******57-65 | 4,857.18 | 0.00 | 0.00 |
| Checking # 9200-******57-66 | 0.00 | 4,857.18 | 0.00 |
| | $4,857.18 | $4,857.18 | $0.00 |

{} Asset reference(s)

Printed: 11/04/2011 03:04 PM    V.12.57