IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 CASE |
| SANDOVAL, JULIA ) | |
| SANDOVAL, PEDRO ) | CASE NO. 11-07614 BL |
| SANDOVAL, JULIA M. ) | |
| SANDOVAL, PEDRO P. ) | JUDGE Bruce W. Black(Joliet) |
| Debtor(s) ) | |

**NOTICE OF WITHDRAWAL OF DOCKET ENTRIES # 29 AND 33**

To:

**Service via electronic process**
United States Trustees Office
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

John Rottier
Katz Law Office
4105 W. 26th
Chicago, Illinois 606023

    On December 6, 2011, the Trustee, Michael G. Berland, withdrew Docket entries 29 and 33 and shall allow docket entry 30 to stand as the Final Account in this case.
                                 /s/ Michael G. Berland, Trustee


Michael G. Berland
1 North LaSalle Street, Suite 1775
Chicago, Illinois 60602
312-855-1272